No. 11–6047. SOJA *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–6051. PARKER *v.* JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 11–6054. SPRINGS *v.* NEW YORK CITY BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–6055. ROBERSON *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 11–6058. ORTIZ *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–6059. ESPIE *v.* RIVARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6062. CAREY *v.* ROY, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–6063. DAVIS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6069. MANSOR-HOPKINSON *v.* LA MAISON MANAGEMENT, LLC, ET AL. Super. Ct. Pa. Certiorari denied.

No. 11–6070. PRITCHARD ET UX. *v.* DOW AGRO SCIENCES ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–6071. BRANDON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6072. BROWN *v.* MCDONALDS USA, LLC, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–6074. BYRD *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

